# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BASCOM,<br>　　　　Plaintiff,<br>　　v.<br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br>　　　　Defendants. | Case No. 15-cv-02354-JD<br><br>**ORDER REMANDING CASE**<br>Re: Dkt. No. 14 |

　　　　The Court finds plaintiff's motion for remand, Dkt. No. 14, to be suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b).

　　　　After carefully considering the papers and all documents on file, the Court finds the case to have been removed improvidently and without jurisdiction.  The Court consequently orders the case remanded to the Superior Court of California for the County of Alameda, pursuant to 28 U.S.C. § 1447(c).

　　　　The Court denies plaintiff's request for an award of fees under 28 U.S.C. §1447(c).  Each side will bear its own costs that were incurred as a result of the removal.

　　　　The hearing and case management conference that were set for September 2, 2015, are vacated, and the Clerk of Court is asked to transmit a copy of this order to the clerk of the State court.

　　　　**IT IS SO ORDERED.**

Dated:  September 1, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge